**IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
TALLAHASSEE DIVISION**


**MICHAEL GOLDEN,**

      **Petitioner,**

**vs.**                                       **Case No. 4:05cv408-RH/WCS**

**SHERIFF LARRY CAMPBELL,**

      **Respondent.**

_____/


**O R D E R**

      This cause is before the court upon referral from the Clerk.  On January 10, 2006, this court entered an order directing the Petitioner to show cause by February 13, 2005, why his petition as amended (docs. 1 and 3) should not be summarily dismissed. Alternatively, he was advised that he could seek voluntary dismissal.   On February 10, 2006, Petitioner's copy of that order was returned to the clerk undelivered.  Doc. 7.  A check with the Department of Correction reveals that the Petitioner has now been released and has a new address.

      Accordingly, it is **ORDERED**:

1.  The clerk shall note Petitioner's new address on the docket.  **14943 Fairbanks Ferry Road, Tallahassee, Florida 32312**.

2.  The clerk shall mail a copy of this order, together with a copy of this Court's January 10, 2006, order (doc. 6) to Petitioner's current address.

3.  Petitioner shall have until **March 10, 2006**, in which to comply with the January 10, 2006, order.

**DONE AND ORDERED** on February 17, 2006.


 s/  William C. Sherrill, Jr.
**WILLIAM C. SHERRILL, JR.
UNITED STATES MAGISTRATE JUDGE**